### Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 78  
**IP Address:** 173.52.59.47  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 04-13-2022 01:40:14 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 2 | Info Hash: 18892C002034C49EED8773A2C0E7D80740E5C40A<br>File Hash:<br>1DF042457A81F9172D07B03C365219B0DCEA8D41704CACCB43DE16F12BFED5DC | 04-04-2022 02:34:10 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 3 | Info Hash: 58B2B09977BDC1D713A8B573B1C6F0ECC651853E<br>File Hash:<br>F4438CE7196FF62BF97DA719E3F83C83F3B7461F26716504E573144558DD5EBC | 04-04-2022 02:33:13 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 4 | Info Hash: 7D12856F6E576754432F12B2401493445FA5FFF6<br>File Hash:<br>BA68245BDAFE3FA7C16DC3E400AF06ED57BF0870FAB611D0C07233885BF86502 | 03-20-2022 03:24:48 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 5 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 03-20-2022 03:22:28 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 6 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash:<br>9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 03-20-2022 03:22:21 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 7 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 02-06-2022 20:01:46 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 8 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 02-06-2022 20:01:44 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 9 | Info Hash: 7EC7D8A69E959827878CA2B204713488076172D5<br>File Hash:<br>400EB249A813414B23F052A99CA9A2F20877C3C408B7D9B20A8107A30ABA9BE4 | 02-06-2022 19:42:46 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 10 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 02-06-2022 19:34:48 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 11 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash:<br>CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02-06-2022 19:34:13 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 01-18-2022 03:38:03 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 13 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-08-2021 04:08:54 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 14 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash: C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 10-25-2021 02:48:58 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 15 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash: AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 10-25-2021 02:46:00 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 16 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-25-2021 02:45:55 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 17 | Info Hash: 54BC89C3169BD7E50544A3579BAA8BC6C3187105<br>File Hash: 116350A830E01AB6BF996741E73C109AB8961CAF06C3FFCD2EAA24F6B82083CE | 09-29-2021 01:20:33 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 18 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-19-2021 01:41:23 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 19 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 09-19-2021 01:40:14 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 20 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-19-2021 01:39:49 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 21 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-19-2021 01:39:48 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 22 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 09-04-2021 02:29:36 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 23 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash: FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 09-04-2021 02:22:54 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash: 523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 07-29-2021 03:27:08 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 25 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash: 9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 07-29-2021 03:26:48 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 26 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 06-28-2021 01:34:49 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 27 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 06-28-2021 01:31:19 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 28 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 05-24-2021 01:58:14 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 29 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 04-28-2021 02:43:09 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 30 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-20-2021 02:16:10 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 31 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 01-10-2021 04:30:33 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 32 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 12-15-2020 03:06:35 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 33 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 11-11-2020 03:30:26 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 34 | Info Hash: FE14ADE82FF2485EC91596EA5FFA5176B048BE2B<br>File Hash: C161AAA66AB37090297EE2D9AC234DCF2A078F7712FCFC4EBCB65E5B51942831 | 11-07-2020 03:08:13 | Blacked Raw | 07-21-2018 | 09-01-2018 | PA0002119592 |
| 35 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 11-06-2020 05:52:59 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 11-06-2020 05:50:51 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 37 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10-21-2020 01:58:49 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 38 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 10-13-2020 14:25:38 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 39 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-21-2020 03:09:00 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 40 | Info Hash: 7056242ECF385A88428D582900B38C2EC186DDC1<br>File Hash: 654487BABF66FC27FEFC95E560B9F8E1821ACB628EDF97575E510DC024D7E84F | 08-14-2020 04:33:36 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 41 | Info Hash: E114EF1DC05BAF634FFA8C5570FB6E2263F5FDF3<br>File Hash: F1D3086AC032FA572BB41B6BEDE64C938BB210D851E3D16466970DD56E84885A | 08-05-2020 03:15:23 | Blacked Raw | 08-03-2020 | 08-31-2020 | PA0002265631 |
| 42 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07-26-2020 02:55:13 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 43 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 07-03-2020 05:13:11 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 44 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 07-03-2020 05:11:50 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 45 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 07-03-2020 05:10:57 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 46 | Info Hash: 5E096E8A4463655085C9745951AEEF0AE470964D<br>File Hash: 404B8781248484E77ED3A53F18075DAC3AA48B8C4EAF749FF468156D47211A77 | 07-03-2020 05:08:55 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 47 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 07-03-2020 05:07:26 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79<br>File Hash: 567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 07-03-2020 05:06:12 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 49 | Info Hash: AA54116A792991B71CCAA2C575ECF8C9CCE0194F<br>File Hash: 52A26C326121535D9FDF1E6199AA896A0DA3C257BD543AD2179377586DB8B894 | 07-03-2020 05:05:29 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 50 | Info Hash: 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18<br>File Hash: 533DB3DC2826A2465EBAA4692B5DEA36D80A9D178DE8CB1A181959A41230D69B | 06-15-2020 03:44:54 | Tushy | 01-26-2019 | 02-22-2019 | PA0002155150 |
| 51 | Info Hash: 922478C62B69616408F4B02F2FAA8D282E7FC405<br>File Hash: AD20BEFC736866D9BA80ECA51706905D3C6379D0D3BA10CCC113713F8D4E0580 | 05-01-2020 19:42:59 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 52 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 03-12-2020 21:19:28 | Blacked Raw | 01-17-2020 | 02-20-2020 | PA0002229055 |
| 53 | Info Hash: 3E0C1C5F1E26E8922045CD0C97E9A66630A50E8E<br>File Hash: C0BF3B860D0EE1CC072E8FBD4E0215028099BD326A86A63815733649C5D9FB74 | 02-28-2020 03:15:09 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 54 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 02-22-2020 03:05:18 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 55 | Info Hash: 31959DBFA8875FB8FF4EFC094D1C92D4DC625E7C<br>File Hash: 8E1FC62DCDBBC878972A90DEC72B1FBA5206AF2E9DFEB6659AB6ED88FBC76BDD | 02-16-2020 04:43:22 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 56 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02-16-2020 03:46:39 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 57 | Info Hash: 266D7D2CB7B0767E86DBFA6578C5EFD4C9C4BDC8<br>File Hash: 461804B3EAA88A48C2FF568380D37DBB0DA68FDD190090F52D40989D0AEC2BC2 | 02-01-2020 02:38:18 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 58 | Info Hash: ED466871609E7DC2E85010617F35513AA9AEE67F<br>File Hash: FD9F72CE4EC2B71735568CB460069F5870A3B95E6BBF3A55F9F09066E09EBBA2 | 01-12-2020 02:54:35 | Blacked Raw | 01-07-2020 | 02-03-2020 | PA0002236198 |
| 59 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 01-12-2020 02:39:40 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 5E7F93C6563BE169D2D7BCB4E45D4FC544F3852B<br>File Hash: 1B94FF3FCB7A25CF83B9840E3138BC4228DCD601C1855AB9958DABA504A638CF | 01-03-2020 01:08:05 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 61 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 12-29-2019 04:47:43 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 62 | Info Hash: 2A7156AF504EF99E1667C72ADC790D0910A165C2<br>File Hash: AA92384BCF78B40D73ED685E490FA25DB7125598E340325C61189B57D4D51DEB | 12-24-2019 02:22:04 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 63 | Info Hash: CD7BE4DDCDBCFBE6C1C63DD09E8D72E883BC3470<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 12-21-2019 03:35:37 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |
| 64 | Info Hash: 907F16FAF5B5D1E0B4F505D5D260D12639ACB1D9<br>File Hash: B2D74EAE7BB194758DC4409A8C8D775011B51F7A67F7A1A012A267AA1B180FAF | 11-09-2019 02:49:26 | Blacked Raw | 11-08-2019 | 12-03-2019 | PA0002232045 |
| 65 | Info Hash: E452D23913E053866E31D6D6F92DE54C310DA003<br>File Hash: 8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 10-30-2019 00:49:49 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 66 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 10-28-2019 03:05:10 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 67 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9<br>File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 10-11-2019 00:55:36 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |
| 68 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09-29-2019 23:24:50 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 69 | Info Hash: C3CB9A98D01F7760055787087BB4C1A385CA30FE<br>File Hash: 20AA6B2148079C221CBA77620584A97322657846981F3A5914193349FBC9E2F5 | 09-29-2019 23:23:25 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 70 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09-11-2019 01:17:28 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 71 | Info Hash: 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 08-28-2019 23:38:37 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 08-28-2019 23:37:25 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |
| 73 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 08-28-2019 23:37:21 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 74 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 08-28-2019 23:37:20 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 75 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08-28-2019 23:29:40 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 76 | Info Hash: 865C77D4D67B9D73EA0250D193D5DC42C1228603<br>File Hash: 00E6D0D63A32AB4223973A775012F3FD5C9303212325740B9E2EFBC3D43B467D | 08-11-2019 17:22:27 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 77 | Info Hash: 035F4564686C23387F00CE76927ED96004799FAC<br>File Hash: 4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 07-27-2019 11:23:09 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 78 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 07-19-2019 01:19:27 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |